UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Ashford Minneapolis Airport LP,<br><br>　　　　　　　Defendant, | Case No.: 21-CV-02100 (JRT/BRT)<br><br>**STIPULATION FOR DISMISSAL** |

　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Plaintiff's undersigned Attorneys on the one hand, and Defendant, and Defendant's undersigned Attorneys, on the other that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

Dated: May 26, 2022　　　　　　　**THRONDSET MICHENFELDER, LLC**

　　　　　　　　　　　　　　　　　By: _/s/Patrick W. Michenfelder_____
　　　　　　　　　　　　　　　　　Patrick W. Michenfelder (#024207X)
　　　　　　　　　　　　　　　　　Chad A. Throndset (#0261191)
　　　　　　　　　　　　　　　　　One Central Avenue West, Suite 101
　　　　　　　　　　　　　　　　　St. Michael, MN 55376
　　　　　　　　　　　　　　　　　Tel: (763) 515-611
　　　　　　　　　　　　　　　　　Email: pat@throndsetlaw.com
　　　　　　　　　　　　　　　　　Email: chad@throndsetlaw.com
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: May 26, 2022               **BASSFORD REMELE, P.A.**

By: /s/Jessica L. Kometz
Daniel R. Olson (#389235)
Jessica L. Kometz (#399303)
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402-1254
Tel: (612) 333-3000
Email: dolson@bassford.com
Email: jkometz@bassford.com