# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | Case No. 21-CV-2100 (KMM/BRT) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| Ashford Minneapolis Airport LP, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on May 26, 2022 (ECF No. 24), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: May 27, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge